**[J-80-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


**SAYLOR, C.J., EAKIN, BAER, TODD, STEVENS, JJ.**


| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 689 CAP |
| | : |
| Appellee | : Appeal from the Order of 09/24/2013 |
| | : (docketed on 09/25/2013) in the Court of |
| | : Common Pleas, Criminal Division of |
| v. | : Montgomery County at No. |
| | : CP-46-CR-0001869-1990. |
| | : |
| THOMAS MEADOWS, | : SUBMITTED:   July 31, 2014 |
| | : |
| Appellant | : |


## ORDER


**PER CURIAM**


**AND NOW**, this 17th day of February, 2015, the Order of the Court of Common Pleas of Montgomery County, dismissing appellant's second petition for relief under the Post-Conviction Relief Act (PCRA), is hereby **AFFIRMED**.